```
                    UNITED STATES BANKRUPTCY COURT
              WESTERN DISTRICT OF WASHINGTON AT SEATTLE
                             AT SEATTLE
IN RE:                                    CHAPTER 13 CASE NO:

    GERALD A CONSTANTINO                               04-24258
    1235 SW 132ND LN #911
    SEATTLE WA                             KAREN A. OVERSTREET
                          98146-0000

    SSN(1)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 SSN(2)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
              Debtor(s)           JUDGE
-----------------------------------------------------------------
                    REPORT OF UNCLAIMED FUNDS
-----------------------------------------------------------------

The Trustee reports that the following is an itemized list of the unclaimed
funds which are being paid to the Clerk of the Bankruptcy Court pursuant
to 11 USC 347(a) and Bankruptcy Rules 3010 and 3011.

GERALD A            CONSTANTINO         CASE. NO. 0424258
1235 SW 132ND LN #911
SEATTLE WA
                    98146-0000                         3,587.42

                              T O T A L                3,587.42
                              CHECK NO. 2924583
```

*K. Michael Fitzgerald* (signature)

K. MICHAEL FITZGERALD, TRUSTEE
2200 One Union Square
DATED: 06/20/06