**Fill in this Information to identify the case:**

United States Bankruptcy Court for the Western District of Washington

Case Number: 04-24258

Debtor 1  Gerald     A      Constantino
         First Name  Middle Name  Last Name

Debtor 2  _____  _____  _____
         First Name  Middle Name  Last Name

FILED
Western District of Washington
at Seattle

APR 28 2021

MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT

Local Forms W.D. Wash. Bankr. Form 12 (12/1/19)

# APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

## 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| Amount: | 3587.42 |
|---|---|
| Claimant's Name: | Best Capital Services LLC/ Shawn C Rice in behalf of Fredrick Constantino |
| Claimant's Current Mailing Address, Telephone Number: | PO Box 93<br>Cohutta.Ga 30710 |

## 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

☐ Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

☐ Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.

☑ Applicant is Claimant's representative (*e.g.,* attorney or unclaimed funds locator).

☐ Applicant is a representative of the deceased Claimant's estate.

## 3. Supporting Documentation

☑ Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

21-29

### 4. Notice to United States Attorney

[✓] Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

Office of the United States Attorney
Western District of Washington
700 Stewart Street
Suite 5220
Seattle, WA 98101-1271

### 5. Applicant Declaration
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: 4/26/21

Signature of Applicant: *[signed]*

Printed Name of Applicant: Shawn C. Rice

Address: P.O. Box 93
Cohutta, GA 30710

Telephone: (334) 790-1178

Email: bestcapitalservicesllc@gmail

### 5. Co-Applicant Declaration (if applicable)
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: ___

Signature of Co-Applicant (if applicable): ___

Printed Name of Co-Applicant (if applicable): ___

Address: ___

Telephone: ___

Email: ___

### 6. Notarization
STATE OF Georgia
COUNTY OF Whitfield

This Application for Unclaimed Funds, dated Shawn C. Rice was subscribed and sworn to before me this 26 day of April, 20 21 by who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to within the instrument. WITNESS my hand and official seal.

(SEAL) Notary Public *[signed] Justin Silva*

My commission expires: August 11, 2024

*[Notary Seal: JUSTIN SILVA, NOTARY PUBLIC, WHITFIELD COUNTY, GEORGIA, COMMISSION EXPIRES AUGUST 11, 2024]*

### 6. Notarization
STATE OF ___
COUNTY OF ___

This Application for Unclaimed Funds, dated ___ was subscribed and sworn to before me this ___ day of ___, 20 ___ by who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to within the instrument. WITNESS my hand and official seal.

(SEAL) Notary Public ___

My commission expires: ___

Application for Payment of Unclaimed Funds
Local Forms W.D. Wash. Bankr. Form 12
Effective 12/1/2019

Page 2

Case 04-24258-KAO    Doc 32    Filed 04/28/21    Ent. 04/30/21 10:30:47    Pg. 2 of 2